IN THE UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF NORTH CAROLINA

GREENSBORO DIVISION



25 CV 635

| | |
|---|---|
| KENYA TEASLEY, ) | |
| ) | **(Jury Trial Demanded)** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CORRINE LUSIC, RYAN BOYCE, BRYAN ) | |
| NICHOLS ) | |
| ) | |
| Defendant. ) | |

COMES NOW Plaintiff Kenya Teasley and states the following as her Complaint against the Defendants named above in their individual capacities.

### JURISDICTION AND VENUE

1. This action is brought pursuant to 42 U.S.C $1983 for acts committed by these Defendants under color of state law which deprived the Plaintiff of her rights under the Fourteenth Amendment of the United States Constitution. This Court has original jurisdiction over this federal claim pursuant to 28 U.S.C. $ 1331 and 28 U.S.C $ 1343(a)(3).

2. All material events giving rise to this cause of action occurred in Greensboro, North Carolina under filings for Federal Case 1:24-CV-00629. Under 28 U.S.C $1391(b), venue is proper in the United States District Court for the Middle District of North Carolina.

## PARTIES

3. Plaintiff Kenya Teasley is a citizen and resident of Durham County, North Carolina.

4. Defendant Ryan Boyce is the Director of the NC Administrative Office of the Court.

5. Defendant Corrine Lusic is the Deputy Legal Counsel for the NC Administrative Office of the Court.

6. Defendant Bryan Nichols is the Deputy General Counsel for the NC State Bureau of Investigation.

## FACTS

7. In July 2025, Defendants Ryan Boyce and Corrine Lusic illegally released an expungement order for the Plaintiff to Garrett Steadman, an attorney in Federal Complaint 1:24-CV-00629.

8. On July 16, 2025, Garrett Steadman and Robinson & Bradshaw, intentionally published the Plaintiff's expungement order online through a public URL link in PACER for a filing in 1:24-CV-00629. The expungement order includes the Plaintiff's race, sex, date of birth, social security number, driver license number, etc. The public URL link specifically stated it was public and that anyone could access it.

9. In June 2025, Defendant Bryan Nichols illegally released a fingerprint card related to an expungement the Plaintiff had, to Garrett Steadman, an attorney in federal Complaint 1:24-CV-00629.

10. On July 16, 2025, Garrett Steadman and Robinson & Bradshaw, intentionally published the Plaintiff's fingerprint card from her expungement online through a public URL link in PACER for a filing in 1:24-CV-00629. The fingerprint card

includes the Plaintiff's race, sex, date of birth, etc. The public URL link specifically stated it was public and that anyone could access it.

## COUNT 1

### (U.S. Const. Amend. 14 – Equal Protection of the Laws: Class of One)

11. The Defendants do not have a rational reason for their actions. The Defendants have not illegally released expungement orders and fingerprint cards related to an expungement, for similarly situated people.

## PRAYER FOR RELIEF

1. That the Court declare the actions of the Defendants complained of herein unlawful under the United States Constitution.
2. That the Court enter judgement in favor of Plaintiff and against the Defendants for the Plaintiff's cost of having to file this Complaint, extreme emotional distress, and punitive damages against each Defendant in an amount to be determined by a jury.
3. That the Court grant the Plaintiff a trial by a jury.

This the 21st day of July, 2025.

Kenya Teasley

100 Tobler Court Apt 205

Durham, NC 27704

plaintiff

3